# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

139405

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DENNIS D. JOHNS,
      Plaintiff-Appellee,

v

      SC: 139405
      COA: 291243
      WCAC: 08-000196

ABC BEVERAGE MANAGEMENT, INC.,
f/k/a SEVEN-UP BOTTLING COMPANY OF
DETROIT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

1019